# Exhibit 4

| Infringement Claim Chart for U.S. Pat. No. US9456086B1 v. Skydio Inc. ("Defendant") |
| --- |

Claim 1 is not being asserted but is charted for the purpose of asserting claim 9, which depends on claim 1.

| Claims | Evidence |
| --- | --- |
| 1. A method for matching a first subset selected from a plurality of first entities with a second subset selected from a plurality of second entities, comprising: | The Skydio Customer Service system with intelligent routing performs a method of matching a first entity with a second entity.<br><br>For example, the Skydio Customer Service system matches a caller, which is the first subset of multiple first entities, to a call center agent, which is the second subset of multiple second entities. The Skydio Customer Service system runs on UJET.CX (CCaaS - Contact Center as a Service).<br><br><br><br>Source:https://www.pissedconsumer.com/company/skydio/customer-service.html |



Source: https://www.skydio.com/



Source: https://ujet.cx/

| | |
|---|---|
| storing in a memory a plurality of multivalued scalar data representing inferential targeting parameters for the first subset; | The Skydio Customer Service system stores a plurality of multivalued scalar data representing inferential targeting parameters for the first subset.<br><br>For example, the Skydio Customer Service system uses one or more of: interactive voice response (IVR), keypad menus, and caller identification information to determine the nature of a call and thereby, the required characteristics of a call center agent to help the caller. This information is represented by a plurality of multivalued scalar data, which are stored and used by the system as target parameters to match the caller to an appropriate call center agent. |

## Multiple Languages and Locale Support

Set up support locations worldwide and provide localized platform instances and local phone numbers. Offer customers menus in more than 15 languages.

Source: https://ujet.cx/voice

Properly implemented IVR intelligently routes customers to the necessary agent instead of forcing them to repeatedly authenticate their identity, experience multiple transfers, or repeatedly explain the issue. This all leads to negative customer experience, extended wait times, and inefficient customer support.

Source: https://ujet.cx/voice

4



Source: https://ujet.cx/ujet-ivr#form-go



Source: https://ujet.cx/ujet-ivr#form-go

6



Source: https://ujet.cx/ujet-ivr#form-go

<table>
<tr><td></td><td>

**Personalized Call Routing to Ensure Customer Satisfaction**

Properly implemented cloud IVR intelligently routes customers to the optimal agent instead of forcing them to repeatedly authenticate their identity, experience multiple transfers, or explain the issue over and over again.

Source: https://ujet.cx/ujet-ivr#form-go
</td></tr>
<tr><td>

storing in the memory a plurality of multivalued scalar data of each of the plurality of second entities, representing respective characteristic parameters for each respective second entity;
</td><td>

The Skydio Customer Service system stores a plurality of multivalued scalar data, representing characteristic parameters, for each of the second entities.

For example, the Skydio Customer Service system stores the respective characteristics of multiple call center agents. These agent characteristics include skills and respective skill levels. The agent characteristics are used by the system to match the caller to an appropriate call center agent.
</td></tr>
</table>

**1. Accelerated resolution with smart routing**

The complexity and urgency of customer inquiries vary widely, requiring a tailored approach to handling each interaction. UJET uses AI to implement intelligent call and chat routing, ensuring people are connected to the most qualified human agents based on their needs. By analyzing data such as customer sentiment, inquiry type, and historical interactions, UJET optimizes the routing process in real-time.

For example, for customers who have a history of technical issues, the system can predict the likelihood of them needing specialized support and route them to agents with the most appropriate skills. If the system detects rising customer frustration with self-service through sentiment analysis, it can prioritize that customer for a human agent.

UJET's intelligent and contextual routing for virtual agents is the first of its kind. Using real-time and historical data based on the customer's record, their journey, or predicted intent, the UJET routing engine can dynamically determine if routing to a virtual agent or a live agent will yield the best overall outcome.

These capabilities boost speed and quality of resolution. When people are matched with agents who have the most relevant expertise, they experience faster and more effective support. Knowing when to present a live agent or provide them with the tools to resolve the issue on their own is key to delivering a positive experience.

Source:
https://info.ujet.co/blog/five-ways-ujet-transforms-contact-centers-from-cost-center-to-value-driver

9



## Intelligent Call Routing

Create and customize rules to route incoming requests. Add specific or temporary rules to manage priority calls or deflections.

Source: https://ujet.cx/voice

Use actionable data from the UJET platform to discover the most common customer issues, average call handle time to find places for improvement, and agent performance.

Intelligent routing rules and UJET Direct Access Points transfer customers to specialized support agents, to self-service solutions, or to a Knowledge Base. All options are customizable in the platform.

10

Source: https://ujet.cx/voice

| | |
|---|---|
| | **Manage Call Routing Intelligently**<br><br>Improve call queue management with UJET's ACD contact center solution. Route calls based on contextual data and customer intent, rather than simple skill to IVR menu matching.<br><br>• Intelligently connect customers to the best agent based on contextual data from your CRM.<br>• Advanced queue management offers unlimited queues, powered by actionable data insight, to route customers to self-service solutions or directly to an agent.<br>• Scheduled callbacks reduce wait times and improve the customer experience.<br><br>Source: https://ujet.cx/ujet-voice |
| performing, using an automated processor, an | The Skydio Customer Service system with intelligent routing performs, using an automated processor and based on at least the stored plurality of multivalued scalar data, an Economic optimization. The optimization seeks to maximize a normalized economic surplus of a respective mutually exclusive match of the first entity with the |

| | |
|---|---|
| optimization with respect to at least an economic surplus of a respective mutually exclusive match of the first subset with the second subset, and an opportunity cost of the unavailability of the second subset for matching with an alternate subset of the plurality of first entities; and | second entity, while at the same time considering an opportunity cost of the unavailability of the second entity as a result of the match.<br><br>For example, based on the required agent characteristics and the respective characteristics of multiple call center agents, the Skydio Customer Service system selects an appropriate agent for helping the caller. This selection is made by making, for each of the multiple agents, a cost-benefit determination of a prospective matching of the caller with a given agent. The cost-benefit for the prospective match is based on the benefits of a close matching of the characteristics, and the costs of factors such as call queue length, number of available agents, and average call length, that affect the performance of the system. This prospective match is mutually exclusive in the sense that the caller is assigned only to that agent and the agent to only that caller for the duration of their call. Therefore, the cost-benefit determination also accounts for the fact that the agent cannot handle other calls while handling this call, which reflects an opportunity cost. The system matches the caller to the agent associated with the prospective match that has the maximum benefit while considering the costs, which is the so-called economic surplus.<br><br>**1. Accelerated resolution with smart routing**<br><br>The complexity and urgency of customer inquiries vary widely, requiring a tailored approach to handling each interaction. UJET uses AI to implement intelligent call and chat routing, ensuring people are connected to the most qualified human agents based on their needs. By analyzing data such as customer sentiment, inquiry type, and historical interactions, UJET optimizes the routing process in real-time.<br><br>For example, for customers who have a history of technical issues, the system can predict the likelihood of them needing specialized support and route them to agents with the most appropriate skills. If the system detects rising customer frustration with self-service through sentiment analysis, it can prioritize that customer for a human agent. |

13

UJET's intelligent and contextual routing for virtual agents is the first of its kind. Using real-time and historical data based on the customer's record, their journey, or predicted intent, the UJET routing engine can dynamically determine if routing to a virtual agent or a live agent will yield the best overall outcome.

These capabilities boost speed and quality of resolution. When people are matched with agents who have the most relevant expertise, they experience faster and more effective support. Knowing when to present a live agent or provide them with the tools to resolve the issue on their own is key to delivering a positive experience.

Source:https://info.ujet.co/blog/five-ways-ujet-transforms-contact-centers-from-cost-center-to-value-driver

## Start your value transformation with UJET

Transforming your contact center from a cost center to a value driver is critical for staying competitive. With UJET's AI-driven technologies, contact centers can:

- Reduce operational costs with automation and optimized efficiency

- Increase revenue through improved CX and agent empowerment

- Use data to continuously refine and improve processes

Source: https://info.ujet.co/blog/five-ways-ujet-transforms-contact-centers-from-cost-center-to-value-driver

14

# Manage Call Routing Intelligently

Improve call queue management with UJET's ACD contact center solution. Route calls based on contextual data and customer intent, rather than simple skill to IVR menu matching.

- Intelligently connect customers to the best agent based on contextual data from your CRM.
- Advanced queue management offers unlimited queues, powered by actionable data insight, to route customers to self-service solutions or directly to an agent.
- Scheduled callbacks reduce wait times and improve the customer experience.

Source: https://ujet.cx/ujet-voice

Source: https://ujet.cx/virtual-agent

| | |
|---|---|
| | Source:  https://ujet.cx/voice<br><br><br><br>Source: https://info.ujet.co/overview |
| outputting a | The Skydio Customer Service system outputs a signal in dependence on the optimization. |

| signal in dependence on the optimization. | For example, the Skydio Customer Service system generates and outputs a signal for connecting the caller with the matched agent.<br><br>**Visual & Voice IVR**<br><br>**Intelligent Routing Made Easy**<br><br>UJET offers full IVR tools to enhance customer experience, regardless of the channels your customers prefer – including voice, in-app, web, and SMS routing. Combine historical customer data and real-time context to predict intent and inform routing logic for the best unique experience and outcome. Enable dynamic routing based on CRM data such as purchase history, member status, or previous sentiment score so your VIP customers reach the right agent or department quickly with minimal friction.<br><br>Source: https://ujet.cx/ujet-ivr |
| --- | --- |

## 1. Accelerated resolution with smart routing

The complexity and urgency of customer inquiries vary widely, requiring a tailored approach to handling each interaction. UJET uses AI to implement intelligent call and chat routing, ensuring people are connected to the most qualified human agents based on their needs. By analyzing data such as customer sentiment, inquiry type, and historical interactions, UJET optimizes the routing process in real-time.

For example, for customers who have a history of technical issues, the system can predict the likelihood of them needing specialized support and route them to agents with the most appropriate skills. If the system detects rising customer frustration with self-service through sentiment analysis, it can prioritize that customer for a human agent.

UJET's intelligent and contextual routing for virtual agents is the first of its kind. Using real-time and historical data based on the customer's record, their journey, or predicted intent, the UJET routing engine can dynamically determine if routing to a virtual agent or a live agent will yield the best overall outcome.

These capabilities boost speed and quality of resolution. When people are matched with agents who have the most relevant expertise, they experience faster and more effective support. Knowing when to present a live agent or provide them with the tools to resolve the issue on their own is key to delivering a positive experience.

Source:
https://info.ujet.co/blog/five-ways-ujet-transforms-contact-centers-from-cost-center-to-value-driver

19





Source: https://info.ujet.co/overview

# Agents

Route customers from customizable IVR to the best available agent. Customer data presented to agents accelerate issue resolution. For high priority issues, route customers directly to specialized agents.

Create the best customer experience while enabling agents to reduce call handle time when solving problems.

Source: https://ujet.cx/voice

21

**Claim 9 is being asserted.**

| Claims | Evidence |
|---|---|
| 9. The method according to claim 1, wherein the automated processor executes under control of a software operating system having a message queue, wherein the automated processor communicates with a communication router controlled by the automated processor under the control of the operating system responsive to | The automated processor executes under the control of an operating system that has a message queue. In response to the signal that is output as a result of the optimization, the automated processor communicates with a communication router via messages passed through the message queue to effect control over the communication router. For example, the Skydio Customer Service system platform is implemented as a cloud-based service platform, which runs on Amazon Web Services (AWS) servers. AWS is hosted in a cloud communication environment, thereby providing a common operating environment for the execution of applications under the control of an operating system. In AWS, application communications are routed via messages passed through a managed message queue. Source: https://aws.amazon.com/marketplace/pp/prodview-3kjyumlzftcpi |

22

| the signal via messages passed through the message queue. |  |
|---|---|
| | Source: https://ujet.cx/cx-intercloud |
| | **Messages and notifications**<br><br>AWS messaging services provide core communication for users and applications. Amazon Simple Queue Service (SQS) is a managed message queue that sends, stores and receives messages between components of distributed applications to ensure the parts of an application work as intended.<br><br>Source: https://www.techtarget.com/searchaws/definition/Amazon-Web-Services |

23

|  |  |
|--|--|
|  |  |

**Claim 11 is not being asserted but is charted for the purpose of asserting claim 18, which depends on claim 11.**

| Claims | Evidence |
|--------|----------|
| 11. A method for matching a first entity with a second entity, comprising: | The Skydio Customer Service system performs a method of matching a first entity with a second entity.<br><br>For example, the Skydio Customer Service system matches a caller, which is the first entity, to a call center agent, which is the second entity. Skydio Customer Service system runs on UJET.CX generative Contact center Service Cloud.<br><br> |

Source:https://www.pissedconsumer.com/company/skydio/customer-service.html



| | |
|---|---|
| | Source: https://www.skydio.com/<br><br><br><br>Source: https://ujet.cx/ |
| storing a plurality of multivalued scalar data representing inferential targeting parameters for | The Skydio Customer Service system stores a plurality of multivalued scalar data representing inferential targeting parameters for the first entity.<br><br>For example, the Skydio Customer Service system uses one or more of: interactive voice response (IVR), keypad menus, and caller identification to determine the nature of a call and thereby, the required characteristics of a call center to help the caller. This information is represented by a plurality of multivalued scalar data, which are stored and used by the system as target parameters for matching the caller to an appropriate call |

26

| the first entity; | center agent. |
| --- | --- |
| | Multiple Languages and Locale Support<br><br>Set up support locations worldwide and provide localized platform instances and local phone numbers. Offer customers menus in more than 15 languages.<br><br>Source: https://ujet.cx/voice |

27

Properly implemented IVR intelligently routes customers to the necessary agent instead of forcing them to repeatedly authenticate their identity, experience multiple transfers, or repeatedly explain the issue. This all leads to negative customer experience, extended wait times, and inefficient customer support.

Source: https://ujet.cx/voice



Source: https://ujet.cx/ujet-ivr#form-go

28



Source: https://ujet.cx/ujet-ivr#form-go

29



Source: https://ujet.cx/ujet-ivr#form-go

## Personalized Call Routing to Ensure Customer Satisfaction

Properly implemented cloud IVR intelligently routes customers to the optimal agent instead of forcing them to repeatedly authenticate their identity, experience multiple transfers, or explain the issue over and over again.

Source: https://ujet.cx/ujet-ivr#form-go

| storing a plurality of multivalued scalar data of each of the plurality of second entities, representing inferential targeting parameters for a plurality of | The Skydio Customer Service system stores a plurality of multivalued scalar data, representing inferential targeting parameters, for each of the plurality of second entities.<br><br>For example, the Skydio Customer Service system stores the respective characteristics of multiple call center agents. These agent characteristics include skills and respective skill levels. The agent characteristics are represented by a plurality of multivalued scalar data and are used by the system as targeting parameters for matching the caller to an appropriate call center agent. |
|---|---|

| | |
|---|---|
| second entities; | ### 1. Accelerated resolution with smart routing<br><br>The complexity and urgency of customer inquiries vary widely, requiring a tailored approach to handling each interaction. UJET uses AI to implement intelligent call and chat routing, ensuring people are connected to the most qualified human agents based on their needs. By analyzing data such as customer sentiment, inquiry type, and historical interactions, UJET optimizes the routing process in real-time.<br><br>For example, for customers who have a history of technical issues, the system can predict the likelihood of them needing specialized support and route them to agents with the most appropriate skills. If the system detects rising customer frustration with self-service through sentiment analysis, it can prioritize that customer for a human agent. |

UJET's intelligent and contextual routing for virtual agents is the first of its kind. Using real-time and historical data based on the customer's record, their journey, or predicted intent, the UJET routing engine can dynamically determine if routing to a virtual agent or a live agent will yield the best overall outcome.

These capabilities boost speed and quality of resolution. When people are matched with agents who have the most relevant expertise, they experience faster and more effective support. Knowing when to present a live agent or provide them with the tools to resolve the issue on their own is key to delivering a positive experience.

Source:
https://info.ujet.co/blog/five-ways-ujet-transforms-contact-centers-from-cost-center-to-value-driver



## Intelligent Call Routing

Create and customize rules to route incoming requests. Add specific or temporary rules to manage priority calls or deflections.

Source: https://ujet.cx/voice

33

Use actionable data from the UJET platform to discover the most common customer issues, average call handle time to find places for improvement, and agent performance.

Intelligent routing rules and UJET Direct Access Points transfer customers to specialized support agents, to self-service solutions, or to a Knowledge Base. All options are customizable in the platform.

## Agents

Route customers from customizable IVR to the best available agent. Customer data presented to agents accelerate issue resolution. For high priority issues, route customers directly to specialized agents.

Create the best customer experience while enabling agents to reduce call handle time when solving problems.

Source: https://ujet.cx/voice

## Manage Call Routing Intelligently

Improve call queue management with UJET's ACD contact center solution. Route calls based on contextual data and customer intent, rather than simple skill to IVR menu matching.

- Intelligently connect customers to the best agent based on contextual data from your CRM.
- Advanced queue management offers unlimited queues, powered by actionable data insight, to route customers to self-service solutions or directly to an agent.
- Scheduled callbacks reduce wait times and improve the customer experience.

Source: https://ujet.cx/ujet-voice

| performing using an automated | The Skydio Customer Service system with intelligent routing performs, using an automated processor and based on at least the stored plurality of multivalued scalar data, an Economic optimization. The optimization seeks to maximize a normalized |
|---|---|

| | |
|---|---|
| processor, based on at least the stored plurality of multivalue scalar data, an economic optimization seeking to maximize a normalized economic surplus of a respective mutually exclusive match of the first entity with the second entity, in conjunction with an opportunity cost of the unavailability of the second entity as a result of the match; and | economic surplus of a respective mutually exclusive match of the first entity with the second entity, while at the same time considering an opportunity cost of the unavailability of the second entity as a result of the match.<br><br>For example, based on the required agent characteristics and the respective characteristics of multiple call center agents, the Skydio Customer Service system selects an appropriate agent for helping the caller. This selection is made by making, for each of the multiple agents, a cost-benefit determination of a prospective matching of the caller with a given agent. The cost-benefit for the prospective match is based on the benefits of a close matching of the characteristics, and the costs of factors such as call queue length, number of available agents, and average call length, that affect the performance of the system. This prospective match is mutually exclusive in the sense that the caller is assigned only to that agent and the agent to only that caller for the duration of their call. Therefore, the cost-benefit determination also accounts for the fact that the agent cannot handle other calls while handling this call, which reflects an opportunity cost. The system matches the caller to the agent associated with the prospective match that has the maximum benefit while considering the costs, which is the so-called economic surplus.<br><br>**1. Accelerated resolution with smart routing**<br><br>The complexity and urgency of customer inquiries vary widely, requiring a tailored approach to handling each interaction. UJET uses AI to implement intelligent call and chat routing, ensuring people are connected to the most qualified human agents based on their needs. By analyzing data such as customer sentiment, inquiry type, and historical interactions, UJET optimizes the routing process in real-time.<br><br>For example, for customers who have a history of technical issues, the system can predict the likelihood of them needing specialized support and route them to agents with the most appropriate skills. If the system detects rising customer frustration with self-service through sentiment analysis, it can prioritize that customer for a human agent. |

UJET's intelligent and contextual routing for virtual agents is the first of its kind. Using real-time and historical data based on the customer's record, their journey, or predicted intent, the UJET routing engine can dynamically determine if routing to a virtual agent or a live agent will yield the best overall outcome.

These capabilities boost speed and quality of resolution. When people are matched with agents who have the most relevant expertise, they experience faster and more effective support. Knowing when to present a live agent or provide them with the tools to resolve the issue on their own is key to delivering a positive experience.

Source: https://info.ujet.co/blog/five-ways-ujet-transforms-contact-centers-from-cost-center-to-value-driver

## Start your value transformation with UJET

Transforming your contact center from a cost center to a value driver is critical for staying competitive. With UJET's AI-driven technologies, contact centers can:

- Reduce operational costs with automation and optimized efficiency

- Increase revenue through improved CX and agent empowerment

- Use data to continuously refine and improve processes

Source: https://info.ujet.co/blog/five-ways-ujet-transforms-contact-centers-from-cost-center-to-value-driver

37

# Manage Call Routing Intelligently

Improve call queue management with UJET's ACD contact center solution. Route calls based on contextual data and customer intent, rather than simple skill to IVR menu matching.

- Intelligently connect customers to the best agent based on contextual data from your CRM.
- Advanced queue management offers unlimited queues, powered by actionable data insight, to route customers to self-service solutions or directly to an agent.
- Scheduled callbacks reduce wait times and improve the customer experience.

Source: https://ujet.cx/ujet-voice

## Discover Which Virtual Agents Your Business Needs

Implementing Virtual Agents is a great way to improve your customer experience, reduce your cost per contact, and improve agent retention, but many businesses aren't sure which of their most common contact types are best handled by AI solutions.

UJET offers Virtual Agent discovery services to help businesses of all sizes determine:

- The types of customer service requests you receive the most
- The potential value and cost of adding virtual agents
- Which virtual agents your business should implement first

The UJET team will use conversational AI and topic modeling (via Google CCAI) to analyze 10,000-100,000 of your customer service contacts to find your company's most common conversation topics and identify candidates for self-service and automation. We will then create a prioritized list of Virtual Agents for you to deploy, along with a high-level cost/benefit analysis for each virtual agent. Depending on the Virtual Agent plan you choose, you could qualify for a rebate of up to 100% of the discovery costs.

Source: https://ujet.cx/virtual-agent

39

Properly implemented IVR intelligently routes customers to the necessary agent instead of forcing them to repeatedly authenticate their identity, experience multiple transfers, or repeatedly explain the issue. This all leads to negative customer experience, extended wait times, and inefficient customer support.

The UJET platform allows an unlimited number of queues, powered by actionable data intelligence, to route customers to self-service solutions or directly to a knowledgeable agent.

Source: https://ujet.cx/voice

40



Source: https://info.ujet.co/overview

| outputting a signal in dependence on the optimization. | The Skydio Customer Service system outputs a signal in dependence on the optimization.<br><br>For example, the Skydio Customer Service system generates and outputs a signal for connecting the caller with the matched agent.<br><br>**1. Accelerated resolution with smart routing**<br><br>The complexity and urgency of customer inquiries vary widely, requiring a tailored approach to handling each interaction. UJET uses AI to implement intelligent call and chat routing, ensuring people are connected to the most qualified human agents based on their needs. By analyzing data such as customer sentiment, inquiry type, and historical interactions, UJET optimizes the routing process in real-time.<br><br>For example, for customers who have a history of technical issues, the system can predict the likelihood of them needing specialized support and route them to agents with the most appropriate skills. If the system detects rising customer frustration with self-service through sentiment analysis, it can prioritize that customer for a human agent.<br><br>UJET's intelligent and contextual routing for virtual agents is the first of its kind. Using real-time and historical data based on the customer's record, their journey, or predicted intent, the UJET routing engine can dynamically determine if routing to a virtual agent or a live agent will yield the best overall outcome.<br><br>These capabilities boost speed and quality of resolution. When people are matched with agents who have the most relevant expertise, they experience faster and more effective support. Knowing when to present a live agent or provide them with the tools to resolve the issue on their own is key to delivering a positive experience. |

Source:https://info.ujet.co/blog/five-ways-ujet-transforms-contact-centers-from-cost-center-to-value-driver



Intelligent Call Routing

Create and customize rules to route incoming requests. Add specific or temporary rules to manage priority calls or deflections.

Source: https://ujet.cx/voice

Use actionable data from the UJET platform to discover the most common customer issues, average call handle time to find places for improvement, and agent performance.

Intelligent routing rules and UJET Direct Access Points transfer customers to specialized support agents, to self-service solutions, or to a Knowledge Base. All options are customizable in the platform.

43

Source: https://ujet.cx/voice

Claim 18 is being asserted.

44

| Claims | Evidence |
|---|---|
| 18. The method according to claim 11, wherein signal comprises at least one message passed through a message queue of a computer operating system, which is communicated to a communication router operating under the operating system for control over a routing of a communicatio | The signal that is output in dependence upon the optimization comprises at least one message passed through a message queue of a computer operating system, which is communicated to a communication router operating under the operating system for control over the routing of communication.<br><br>For example, the Skydio Customer Service system platform is implemented on UJET.CX (Call Center as a Service) that runs on Amazon Web Services (AWS) servers. AWS is hosted in cloud communication environment i.e., common operating environment under the control of an operating system. In AWS, application communications are routed via messages passed through a managed message queue.<br><br><br><br>Source: https://aws.amazon.com/marketplace/pp/prodview-3kjyumlzftcpi |

n.



Source: https://ujet.cx/cx-intercloud

Source: https://www.techtarget.com/searchaws/definition/Amazon-Web-Services

46